**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
*Counsel for Trans Union LLC*

\*\*Designated Attorney for Personal Service\*\*
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA  ORDER

| | |
|---|---|
| MIRA PEEBLES,<br><br>                     Plaintiff,<br>v.<br>SELECT PORTFOLIO SERVICING, INC., AMERICAN HONDA FINANCE CORP., EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>                     Defendants. | Case No. 2:19-cv-01746-RFB-VCF<br><br>~~JOINT STIPULATION~~ AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST) |

Plaintiff Mira Peebles ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On October 8, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 30, 2019. The allegations in Plaintiff's complaint date back to June 2018 and relate to one account allegedly reporting on Plaintiff's credit file. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 20, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 30th day of October 2019.

QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.

/s/ Jennifer Bergh

Jennifer Bergh
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC

/s/ Shaina R. Plaksin

Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
Shaina R. Plaksin, Nevada Bar No. 13935
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

4023563.1

2

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 31st day of October 2019.

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

4023563.1