WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rherandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 3 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MIRA PEEBLES,

          Plaintiffs,

vs.

SELECT PORTFOLIO SERVICING, INC.;
AMERICAN HONDA FINANCE CORP.;
EQUIFAX INFORMATION SERVICES LLC;
AND TRANSUNION LLC,

          Defendants.

Case No.:  2:19-cv-01746-RFB-VCF

**JOINT MOTION TO EXTEND
DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT**

*ORDER*

Plaintiff, Mira Peebles ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On October 1, 2019, Plaintiff filed her Complaint [ECF No. 1]. SPS was served with Plaintiff's Complaint on October 9, 2019. As such, SPS' deadline to respond to the Complaint is October 30, 2019.  The Parties have discussed extending the deadline for SPS to respond to Plaintiff's Complaint by an additional two weeks to allow for better investigation of the allegations against SPS.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file its responsive pleading to Plaintiff's Complaint to November 13, 2019.

This is the first stipulation for extension of time for SPS to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other

party.

As part of this stipulation, SPS agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 30th day of October, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Ramir M. Hernandez, Esq.
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

KNEPPER & CLARK LLC

/s/ Shaina R. Plaksin, Esq.
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Mira Peebles*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/31/19

CAM FERENBACH
U.S. MAGISTRATE JUDGE