| | |
|---|---|
| 1 | Chad C. Butterfield, Esq. |
| | Nevada Bar No. 010532 |
| 2 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| | 300 South Fourth Street, 11th Floor |
| 3 | Las Vegas, Nevada 89101 |
| | (702) 727-1400; FAX (702) 727-1401 |
| 4 | chad.butterfield@wilsonelser.com |
| | *Attorneys for Defendant* |
| 5 | *AMERICAN HONDA FINANCE CORPORATION* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIRA PEEBLES | Case No.: 2:19-cv-01746-RFB-VCF |
| Plaintiff, | |
| v. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| SELECT PORTFOLIO SERVICING, INC.; AMERICAN HONDA FINANCE CORP.; EQUIFAX INFORMATION SERVICES LLC; AND TRANSUNION LLC, | **(First Request)** |
| Defendants. | |

Plaintiff, Mira Peebles ("Plaintiff") and Defendant, AMERICAN HONDA FINANCE CORPORATION ("AHFC"), by and through their respective counsel of record, jointly request an order extending the deadline for AHFC to file a responsive pleading to Plaintiff's Complaint, up to and including **November 15, 2019**. This motion is submitted in compliance with LR IA 6-1 and LR IA 6-2.

Good cause exists for the requested extension, as counsel for AHFC has only recently been retained in this matter is in the process of obtaining and reviewing the relevant file materials and information necessary to respond to the allegations set forth in the Complaint. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

/ / /

/ / /

/ / /

/ / /

1

1536109V.1

This is the parties' first request for extension of the deadline.

DATED this 4th day of November, 2019.

        **WILSON, ELSER, MOSKOWITZ,**
        **EDELMAN & DICKER LLP**

        */s/ Chad C. Butterfield*
        Chad C. Butterfield, Esq.
        Nevada Bar No. 10532
        300 South Fourth Street, 11th Floor
        Las Vegas, NV 89101
        *Attorneys for Defendant American Honda Finance Corporation*

DATED this 4th day of November, 2019.

        **KNEPPER & CLARK LLC**

        */s/ Shania R. Plaksin*
        Matthew I. Knepper, Esq.
        Nevada Bar No. 12796
        Miles N. Clark, Esq.
        Nevada Bar No. 13848
        Shaina R. Plaksin, Esq.
        Nevada Bar No. 13935
        5510 So. Fort Apache Rd., Suite 30
        Las Vegas, NV 89148
        *Attorney for Plaintiff*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 6th day of November, 2019.

        UNITED STATES MAGISTRATE JUDGE