| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>rherandez@wrightlegal.net<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRA PEEBLES,<br><br>Plaintiffs,<br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.;<br>AMERICAN HONDA FINANCE CORP.;<br>EQUIFAX INFORMATION SERVICES LLC;<br>AND TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-01746-RFB-VCF<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff, Mira Peebles ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On October 1, 2019, Plaintiff filed her Complaint [ECF No. 1]. SPS was served with Plaintiff's Complaint on October 9, 2019. As such, SPS' deadline to respond to the Complaint was originally October 30, 2019, but the Parties agreed to extend the deadline to November 13, 2019 [ECF No. 10]. The Parties have discussed extending the deadline for SPS to respond to Plaintiff's Complaint by another two weeks while the Parties discuss resolution of Plaintiff's claims.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file its responsive pleading to Plaintiff's Complaint to November 27, 2019.

This is the second stipulation for extension of time for SPS to file its responsive pleading.

The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this stipulation, SPS agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 13th day of November, 2019.

| WRIGHT, FINLAY & ZAK, LLP | KNEPPER & CLARK LLC |
|---|---|
| */s/ Ramir M. Hernandez, Esq.* <br> R. Samuel Ehlers, Esq. <br> Nevada Bar No. 9313 <br> Ramir M. Hernandez, Esq. <br> Nevada Bar No. 13146 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Defendant, Select Portfolio Servicing, Inc.* | */s/ Shaina R. Plaksin, Esq.* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> Shaina R. Plaksin, Esq. <br> Nevada Bar No. 13935 <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> *Attorneys for Plaintiff, Mira Peebles* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-14-2019