Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
AMERICAN HONDA FINANCE CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRA PEEBLES<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.; AMERICAN HONDA FINANCE CORP.; EQUIFAX INFORMATION SERVICES LLC; AND TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-01746-RFB-VCF<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff, Mira Peebles ("Plaintiff") and Defendant, AMERICAN HONDA FINANCE CORPORATION ("AHFC"), by and through their respective counsel of record, jointly request an order extending the deadline for AHFC to file a responsive pleading to Plaintiff's Complaint, up to and including **November 22, 2019**. This motion is submitted in compliance with LR IA 6-1 and LR IA 6-2.

Good cause exists for the requested extension, as AHFC continues to review the factual allegations set forth in Plaintiff's complaint in order to prepare its responsive pleading. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1541301V.1

This is the parties' second request for extension of the deadline.

DATED this 15th day of November, 2019.

        **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

        */s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant American Honda Finance Corporation*

DATED this 15th day of November, 2019.

        **KNEPPER & CLARK LLC**

        */s/ Shaina R. Plaksin*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
*Attorney for Plaintiff*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 18th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

1541301V.1