WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rherandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRA PEEBLES,<br><br>    Plaintiffs,<br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.;<br>AMERICAN HONDA FINANCE CORP.;<br>EQUIFAX INFORMATION SERVICES LLC;<br>AND TRANSUNION LLC,<br><br>    Defendants. | Case No.: 2:19-cv-01746-RFB-VCF<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff, Mira Peebles ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby move as follows:

On October 1, 2019, Plaintiff filed her Complaint [ECF No. 1]. SPS was served with Plaintiff's Complaint on October 9, 2019. As such, SPS' deadline to respond to the Complaint was originally October 30, 2019, but the Parties agreed to extend the deadline to November 13, 2019 [ECF No. 10]. The Parties then agreed to extend the deadline to November 27, 2019 [ECF No. 22]. The Parties have discussed extending the deadline for SPS to respond to Plaintiff's Complaint by another three weeks while the Parties discuss resolution of Plaintiff's claims.

WHEREAS, the Parties hereby move to extend the deadline for SPS to file its responsive pleading to Plaintiff's Complaint to December 18, 2019.

This is the third stipulation for extension of time for SPS to file its responsive pleading.

The extension is requested in good faith and is not for purposes of delay or prejudice to any other party. This will be the last request for an extension. If the Parties cannot come to a resolution on or before December 18, 2019, SPS will file an answer or otherwise responsive pleading to the Complaint.

DATED this 27th day of November, 2019.

| WRIGHT, FINLAY & ZAK, LLP | KNEPPER & CLARK LLC |
|---|---|
| */s/ Ramir M. Hernandez, Esq.* | */s/ Shaina R. Plaksin, Esq.* |
| R. Samuel Ehlers, Esq. | Matthew I. Knepper, Esq. |
| Nevada Bar No. 9313 | Nevada Bar No. 12796 |
| Ramir M. Hernandez, Esq. | Miles N. Clark, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 13848 |
| 7785 W. Sahara Ave., Suite 200 | Shaina R. Plaksin, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 13935 |
| *Attorneys for Defendant, Select Portfolio Servicing, Inc.* | 10040 W. Cheyenne Ave., Suite 170-109 |
| | Las Vegas, NV 89129 |
| | *Attorneys for Plaintiff, Mira Peebles* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-2-2019