Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIRA PEEBLES, | Case No. 2:19-cv-01746-RFB-VCF |
| Plaintiff, | **STIPULATION TO DISMISS AMERICAN HONDA FINANCE CORP WITH PREJUDICE** |
| v. | |
| SELECT PORTFOLIO SERVICING, INC.; AMERICAN HONDA FINANCE CORP.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC, | Complaint filed: October 8, 2019 |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant American Honda Finance Corp., from the

above captioned action, with prejudice.  Each party will bear its own fees and costs.

    IT IS SO STIPULATED.
Dated January 15, 2020

| **KNEPPER & CLARK LLC** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
|---|---|

/s/ *Shaina R. Plaksin*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

/s/ *Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Email: chad.butterfield@wilsonelser.com

*Counsel for Defendant*
*American Honda Finance Corp.*

**HAINES & KRIEGER LLC**

David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Email: dkrieger@hainesandkrieger.com

*Counsel for Plaintiff*

| **CLARK HILL PLLC** | **WRIGHT FINLAY & ZAK, LLP** |
|---|---|

/s/ *Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Email: jthompson@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services LLC*

/s/ *Ramir M. Hernandez*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Email: sehlers@wrightlegal.net
Email: rhernandez@wrightlegal.net

*Counsel for Defendant*
*Select Portfolio Servicing, Inc.*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

/s/ *Jennifer R. Bergh*
Jennifer R. Bergh, Esq.
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, TX 75204
Email: jbergh@qslwm.com

**ALVERSON TAYLOR & SANDERS**
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Email: twaite@alversontaylor.com

*Counsel for Defendant*
*Trans Union LLC*

## ORDER GRANTING

## STIPULATION TO DISMISSAL OF AMERICAN HONDA FINANCE CORP.,

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of January, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430