# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

MIRA PEBBLES,

        Plaintiff,

vs.

SELECT PORTFOLIO SERVICING, INC.;
AMERICAN HONDA FINANCE CORP.;
EQUIFAX INFORMATION SERVICES LLC;
AND TRANSUNION LLC,

        Defendants.

2:19-cv-01746-RFB-VCF

**ORDER**

Before the court is the Joint Motion to Extend Discovery (ECF NO. 42).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Joint Motion to Extend Discovery (ECF NO. 42) must be filed on or before February 6, 2020. No reply required.

DATED this 30th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE