Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIRA PEEBLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. 2:19-cv-01746-RFB-VCF<br><br>**STIPULATION OF DISMISSAL OF SELECT PORTFOLIO SERVICING, INC., WITH PREJUDICE**<br><br>Complaint filed:  October 8, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Select Portfolio Servicing, Inc., from the above captioned action, with prejudice.

//

Each party will bear its own fees and costs.

  IT IS SO STIPULATED.
  Dated May 7, 2020.

**KNEPPER & CLARK LLC**

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq., SBN 12796
Miles N. Clark, Esq., SBN 13848
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

**KRIEGER LAW GROUP, LLC**
David H. Krieger, Esq., SBN 9086
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

/s/ *Jennifer R. Bergh*
Jennifer R. Bergh, Esq., SBN 14480
6900 N. Dallas Parkway, Suite 800
Plano, TX 75204
Email: jbergh@qslwm.com

**ALVERSON TAYLOR & SANDERS**
Trevor Waite, Esq., SBN 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Email: twaite@alversontaylor.com

*Counsel for Defendant*
*Trans Union LLC*

**WRIGHT FINLAY & ZAK, LLP**

/s/ *Ramir M. Hernandez*
R. Samuel Ehlers, Esq., SBN 9313
Ramir M. Hernandez, Esq., SBN 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Email: rhernandez@wrightlegal.net
Email: sehlers@wrightlegal.net

*Counsel for Defendant*
*Select Portfolio Servicing, Inc.*

**CLARK HILL PLLC**

/s/ *Jeremy J. Thompson*
Jeremy J. Thompson, Esq., SBN 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Email: jthompson@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services LLC*

### ORDER GRANTING STIPULATION OF DISMISSAL OF SELECT PORTFOLIO SERVICING, INC. WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of May, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430